NICOLE KAMM, SBN 245534
E-Mail  nkamm@fisherphillips.com
BRENDAN Y. JOY, SBN 254959
E-Mail  bjoy@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
CONDENSED CURRICULUM INTERNATIONAL, INC.

Diyari Vázquez (SBN 222461)
dvazquez@vgcllp.com
Alexander R. Safyan (SBN 277856)
asafyan@vgcllp.com
VGC, LLP
1515 7th Street, No. 106
Santa Monica, California 90401
Telephone: (424) 272-9885

Attorneys for Plaintiff
RYAN WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| RYAN WILLIAMS, individually, and on behalf of aggrieved individual,<br><br>Plaintiff,<br><br>v.<br><br>CONDENSED CURRICULUM INTERNATIONAL, INC., a New Jersey corporation doing business in California; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 4:20-cv-05292-YGR<br><br>**JOINT STATEMENT REGARDING MEDIATION**<br><br>Complaint Filed: June 1, 2020<br>FAC Filed: July 1, 2020<br>Removal Date: July 31, 2020<br>Trial Date: October 12, 2021 |

1  Pursuant to the Court's Case Management Conference Order, Plaintiff Ryan Williams ("Plaintiff") and Defendant Condensed Curriculum International, Inc. ("Defendant"), hereby jointly submit this joint statement regarding mediation.

The Parties have agreed to mediate this matter with Mediator Mike Young. The mediation will take place on March 25, 2021.

DATE: January 7, 2021          FISHER & PHILLIPS LLP

By:*/s/: Brendan Joy*
NICOLE KAMM
BRENDAN Y. JOY
Attorneys for Defendant
CONDENSED CURRICULUM
INTERNATIONAL, INC.

DATE: January 7, 2021          VGC, LLP

By:*/s/: Diyari Vazquez*
DIYARI VÁZQUEZ
Attorneys for Plaintiff
RYAN WILLIAMS

**CERTIFICATE OF SERVICE**

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On January 7, 2021 I served the foregoing document entitled **JOINT STATEMENT REGARDING MEDIATION** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Diyari Vázquez<br>Alexander R. Safyan<br>VGC, LLP<br>1515 7th Street, No. 106<br>Santa Monica, California<br>90401 | Attorneys for Plaintiff<br>RYAN WILLIAMS<br><br>Telephone: (424) 272-9885<br>Email:  dvazquez@vgcllp.com<br>asafyan@vgcllp.com |

☐ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with Network Express, whose business address is 1533 Wilshire Boulevard, Los Angeles, CA 90017.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed January 7, 2021 at Los Angeles, California.

| Tatiana Le | By: */s/: Tatiana Le* |
|---|---|
| Print Name | Signature |