UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RYAN WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONDENSED CURRICULUM INTERNATIONAL,<br><br>　　　　Defendant. | Case No.  20-cv-05292-YGR   (RMI)<br><br>**ORDER RESCINDING COERCIVE SANCTIONS**<br><br>Re: Dkt. Nos. 50, 57 |

As stated by both Parties' counsel on the record at a follow-up sanctions hearing on January 11, 2022, the Parties have now resolved their outstanding disputes concerning Defendant's compliance with the court's discovery order of November 2, 2021 (dkt. 33) ("Discovery Order"). Additionally, the court will note that on January 11, 2022, Defendant filed a certification of full compliance with the Discovery Order. Because coercive sanctions are no longer necessary, the court herewith **RESCINDS** the provisions of its previously-issued sanctions order (dkt. 57) ("Sanctions Order") imposing certain fines on Defendant and it is **ORDERED** that Defendant is relieved of any obligation to pay the sanctions amounts set forth in the Sanctions Order. Further, as set forth in detail on the record at the follow-up sanctions hearing, the Parties are **ORDERED** to jointly-file a Notice on the court's docket no later than the close of business on Friday, January 14, 2022, clearly setting forth that the process of fact discovery in this case has now been completed.

**IT IS SO ORDERED.**

Dated: January 11, 2022

_____
ROBERT M. ILLMAN
United States Magistrate Judge